```
 1                    IN THE UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF TEXAS
 2                          BROWNSVILLE DIVISION
     _____
 3                                    )
     UNITED STATES OF AMERICA         )
 4                                    )
                                      ) CRIMINAL ACTION NO.
 5   VS.                              ) B-08-1248
                                      )
 6   CARLOS MARTINEZ-TELLO            )
     _____ )
 7

 8                              SENTENCING
                     BEFORE THE HONORABLE ANDREW S. HANEN
 9                          FEBRUARY 1, 2010
                                VOLUME 2
10

11   APPEARANCES:

12   For the Plaintiff:         MR. OSCAR PONCE
                                Assistant United States Attorney
13                              Brownsville, Texas   78520

14   For the Defendant:         MR. ANTHONY TROIANI
                                700 Paredes, Suite 107
15                              Brownsville, Texas

16


17   THIS TRANSCRIPT HAS BEEN FURNISHED AT PUBLIC EXPENSE UNDER THE
     CRIMINAL JUSTICE ACT AND MAY BE USED ONLY AS AUTHORIZED BY COURT
18   ORDER.  UNAUTHORIZED REPRODUCTION WILL RESULT IN AN ASSESSMENT
     AGAINST COUNSEL FOR THE COST OF AN ORIGINAL AND ONE COPY AT THE
19   OFFICIAL RATE.
     General Order 94-15, United States District Court, Southern
20   District of Texas.

21
     Transcribed by:            BARBARA BARNARD
22                              Official Court Reporter
                                600 E. Harrison, Box 301
23                              Brownsville, Texas   78520
                                (956)548-2591
24

25
```

```
 1              THE COURT:  B-08-1248, United States of America versus
 2   Carlos Martinez-Tello.
 3              MR. PONCE:  Oscar Ponce for the government.
 4              MR. TROIANI:  Your Honor, Anthony Troiani on behalf of
 5   the defendant.
 6              MR. PONCE:  Your Honor, we'll be asking for a short
 7   continuance on this case.
 8        (Defendant present.)
 9              THE COURT:  All right.  What's our status, Mr. Ponce?
10              MR. PONCE:  In this particular case, we had asked the
11   Marshal Service to bring down a co-defendant as well as a
12   defendant on another case in anticipation of perhaps having them
13   ready here for -- for purposes of sentencing based on the
14   objections that have been raised by Defendant.  And at least one
15   of them is not available due to some weather problems and won't
16   be available, according to the marshals, for another like two,
17   three days.  We would ask for one week.
18              THE COURT:  All right.  Mr. Troiani, any problem with
19   that?
20              MR. TROIANI:  Your Honor, we would be opposed on behalf
21   of my client.  We're present.  We're prepared to go forward.
22              THE COURT:  I don't think Mr. Ponce can control the
23   weather, so I'm going to grant his motion for a continuance.
24        Let me ask, how long do you anticipate this taking?  I mean,
25   do you think this is going to be a lengthy hearing when we --
```

1  because it's going to make a difference on where I put it.
2          MR. PONCE:  I don't think so, Your Honor.  I don't
3  anticipate -- excuse me.  I don't anticipate the testimony being
4  certainly more than an hour.
5          THE COURT:  Here's what I'm going to do.  I'm going to
6  reset it for a week, for next Monday at 11:00.
7          MR. TROIANI:  Next Monday at 11:00?
8          THE COURT:  At 11:00.  All right.  We'll see y'all then.
9          MR. TROIANI:  Yes, Your Honor.
10                              * * *
11      (End of requested transcript)
12                              -oOo-
13     I certify that the foregoing is a correct transcript from
14  the record of proceedings in the above matter.
15
16  Date:  June 10, 2010
17
18
                                    /s/_____
19                                  Signature of Court Reporter
                                    Barbara Barnard
20
21
22
23
24
25