IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. B-08-1248-2 |
| CARLOS MARTINEZ-TELLO | § | |

# ORDER

The undersigned hereby recuses, himself, from participating in the above-styled and numbered cause.

Signed this 6th day of August, 2014.

_____
Andrew S. Hanen
United States District Judge